

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: DANA MARIE SANTOS** | **CHAPTER 13** |
| **DEBTOR** | **CASE NO. 14-12682 JDW** |

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

This matter came for consideration upon the Motion of Dana Marie Santos requesting the issuance of an order directing Modification of Chapter 13 Plan after confirmation pursuant to 11 U.S.C. § 1329, and no response or objections being filed by the deadline set by the Court, the Court finds that just cause exist for the entry of the following order.

IT IS, THEREFORE, ORDERED that the Debtor surrender any and all interest in the 2007 Chrysler Sebring to Tower Loan.

IT IS, FURTHER ORDERED that the monthly payment to Tower Loan for the 2007 Chrysler Sebring is removed from the Debtor's Chapter 13 Plan.

IT IS FURTHER ORDERED that the distribution to unsecured creditors in the Debtor's Chapter 13 Plan shall remain at 0%.

IT IS FURTHER ORDERED, that the Trustee shall amend the Debtor's wage order, if necessary accordance with this Order.

**#ENDOFORDER#**

PREPARED BY:

KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
NORTH MS BANKRUPTCY GROUP, PLLC
126 NORTH SPRING STREET
P.O. BOX 417
HOLLY SPRINGS, MS 39635
662-252-3224/karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEY FOR DEBTOR