**Fill in this information to identify the case:**

Debtor 1    Dana Marie Santos

Debtor 2    _____
            (Spouse, if filing)

United States Bankruptcy Court for the Northern District of Mississippi
                                                (State)

Case number: 14-12682-JDW

Official Form 410S1
# Notice of Mortgage Payment Change                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC          **Court Claim No.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX7979

**Date of Payment Change:**   July 1, 2019
Must be at least 21 days after date of this notice.

**New total payment:**
Principal, interest, and escrow, if any   $672.09

## Part 1:  Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $209.43        **New escrow payment:** $206.50

## Part 2:  Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a statement is not attached, explain why: _____

**Current interest rate:** _____ %           **New interest rate:** _____ %

**Current principal and interest payment:** _____   **New principal and interest payment:** : _____

## Part 3:  Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     *(Court approval may be required before the payment change can take effect.)*
     Reason for change: _____
**Current mortgage payment:** _____    **New mortgage payment:** _____

| **Part 4:** | **Sign Here** |

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ J. Gary Massey
   Signature

Date: May 23, 2019

**Print:**   J. Gary Massey
   First Name    Middle Name    Last Name

Title   Attorney for Creditor

Company   Shapiro & Brown, LLC

Address   1080 River Oaks Drive, Suite B-202
   Number        Street

   Flowood, MS 39232
   City              State    ZIP Code

Contact phone   (601) 981-9299

Email   MSBankruptcy@logs.com

## CERTIFICATE OF SERVICE

    I, J. Gary Massey, of the firm of Shapiro & Brown, LLC, do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

Locke D. Barkley, Chapter 13 Trustee
sbeasley@barkley13.com

Robert H. Lomenick, Jr., Attorney for the Debtor
rlomenick@gmail.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Dana Marie Santos
7415 Kingcrest
Olive Branch, MS 38654

Dana Marie Santos
7415 Kingcrest Cove
Olive Branch, MS 38654

    Dated: May 23, 2019

                      Respectfully submitted
                        SHAPIRO & BROWN, LLC


                        /s/ J. Gary Massey
                            J. Gary Massey
                            Attorney for Creditor

Presented by:
J. Gary Massey, MSB#1920
Bradley P. Jones, MSB#9731
Laura Henderson-Courtney, MSB#2266
SHAPIRO & BROWN, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail:  msbankruptcy@logs.com
BK Case No. 14-12682-JDW